MARC A. LIEBERSTEIN (ML 7116)
JOHN L. DAUER, JR. (JD 1763)
T. DAVID BOMZER (TB 7499)
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK, NY 10036
(212) 297-5800
ATTORNEYS FOR
PLAINTIFF PIXFUSION LLC



RECEIVED
FEB 05 2008
U.S.D.C. S.D.N.Y.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

PixFusion LLC,                  :

        Plaintiff,     :

v.                              :     **RULE 7.1 STATEMENT**

JibJab Media, Inc.              :

        Defendant.     :

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff PixFusion LLC (a private non-governmental party), by its attorneys, Day Pitney LLP, certifies there are no parent corporations or any publicly held corporations that own 10% or more of PixFusion's stock.

DATED: February 5, 2008

                        Day Pitney LLP
                        Attorneys for Plaintiff
                        PixFusion LLC

              By:  _____
                     Marc A. Lieberstein (ML 7116)
                     John L. Dauer, Jr. (JD 1763)
                     T. David Bomzer (TB 7499)