**JUDGE SAND**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

PixFusion LLC

V.

JibJab Media, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 01202**

TO: (Name and address of Defendant)

JibJab Media, Inc.
228 Main Street
Suite 4
Venice, California 90291-5202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc A. Lieberstein, Esq.
John L. Dauer, Jr., Esq.
T. David Bomzer, Esq.
Day Pitney LLP
7 Times Square
New York, NY 10036
(212) 297-5800

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

FEB 0 5 2008

CLERK _____   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/3/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Isaac Villarreal | Process Server, Los Angeles County Registration #3853 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Business address: 228 Main Street, Suite 4, Venice, CA 9029. Sub-served Evan "Doe", Person Apparently in Charge, (Caucasian Male, 6'1", Glasses, Hazel Eyes, Black Hair, 30s, 190 lbs.)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/5/2008
Date            Signature of Server

P.O. BOX 861057, LOS ANGELES, CA 90086-1057
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# ATTACHMENT

**PixFusion LLC**
**vs.**
**JibJab Media, Inc.**
**08 CV 01202**

1. NOTICE REGARDING "INDIVIDUAL PRACTICES OF JUDGE SAND EFFECTIVE JANUARY, 2005"

2. CIVIL COVER SHEET

3. RULE 7.1 STATEMENT

4. INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK

DAYPI #7742.rc