Lisa Ferri (LF-7531)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone:   212.547.5400
Facsimile:   212.547.5444
Email:       lferri@mwe.com

Eric W. Hagen (*pro hac vice* application pending)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone:   310.277.4110
Facsimile:   310.277.4730
Email:       ehagen@mwe.com

*Attorneys for Defendant/Counterclaim Plaintiff*
JIBJAB MEDIA INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PIXFUSION, LLC,<br><br>       Plaintiff/Counterclaim Defendant,<br><br>-against-<br><br>JIBJAB MEDIA INC.,<br><br>       Defendant/Counterclaim Plaintiff. | Civil Action No.  1:08-cv-01202-LBS (AJP)<br><br>**DEFENDANT/COUNTERCLAIM PLAINTIFF JIBJAB MEDIA INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**FED. R. CIV. P. 7.1(a)** |

Defendant/Counterclaim Plaintiff JibJab Media, Inc. ("JibJab"), in accordance with Federal Rule of Civil Procedure 7.1(a), states as follows:

1. JibJab has no parent corporation.

2. No publicly held corporation owns 10% or more of JibJab's stock.

Dated: June 23, 2008

Respectfully submitted,

By: /s/ Lisa M. Ferri
Lisa Ferri
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: 212.547.5400
Facsimile: 212.547.5444
Email: lferri@mwe.com

Eric W. Hagen
McDERMOTT WILL & EMERY LLP
2049 Century Park East
Suite 3800
Los Angeles, CA 90067-3218
Telephone: 310.277.4110
Facsimile: 310.277.4730
Email: ehagen@mwe.com

*Attorneys for Defendant/Counterclaim Plaintiff*
JIBJAB MEDIA INC.