SCANNED   ORIGINAL

Lisa Ferri (LF-7531)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone:   212.547.5400
Facsimile:   212.547.5444
Email:       lferri@mwe.com

Eric W. Hagen (*pro hac vice* application pending)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone:   310.277.4110
Facsimile:   310.277.4730
Email:       ehagen@mwe.com

*Attorneys for Defendant/Counterclaim Plaintiff*

JIBJAB MEDIA INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIXFUSION LLC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> JIBJAB MEDIA INC., <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 1:08-cv-01202 (LBS)(AJP) <br><br> ECF CASE <br><br> **NOTICE OF MOTION FOR** <br> **ADMISSION PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Lisa Ferri, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

    Applicant's Name:   Eric W. Hagen
    Firm Name:          McDermott Will & Emery LLP

NYK 1168858-1.080322.0105

| | |
|---|---|
| Address: | 2049 Century Park East, Suite 3800 |
| City/State/Zip: | Los Angeles, CA 90067-3218 |
| Phone Number: | (310) 277-4110 |
| Fax Number: | (310) 277-4730 |

Eric W. Hagen is a member in good standing of the Bars of the District of Columbia and the State of California. There are no pending disciplinary proceedings against Eric W. Hagen in any State of Federal court.

McDERMOTT WILL & EMERY LLP

*Lisa Ferri* (signature)

Lisa Ferri

340 Madison Avenue
New York, New York 10173
(212) 547-5400

Lisa Ferri (LF-7531)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone:   212.547.5400
Facsimile:   212.547.5444
Email:       lferri@mwe.com

Eric W. Hagen (*pro hac vice* application pending)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone:   310.277.4110
Facsimile:   310.277.4730
Email:       ehagen@mwe.com

*Attorneys for Defendant/Counterclaim Plaintiff*

JIBJAB MEDIA INC.


**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PIXFUSION LLC,<br><br>       Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>JIBJAB MEDIA INC.,<br><br>       Defendant/Counterclaim<br>       Plaintiff. | Civil Action No.  1:08-cv-01202-LBS (AJP)<br><br>ECF CASE<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF ERIC W. HAGEN <u>PRO HAC VICE</u>** |

Lisa Ferri, being duly sworn, deposes and states on oath as follows:

       1.   I am a member of the law firm of McDermott Will & Emery LLP, attorneys for JibJab Media, Inc., in the above-captioned matter, and am resident in the firm's New York Office.

2.  I am admitted to practice before the Bar of this Court.

3.  I am personally and professionally acquainted Eric W. Hagen, a member of this firm resident in our Los Angeles Office, and submit this affidavit in support of his motion to appear *pro hac vice* in this matter.

4.  Mr. Hagen is a member in good standing of the Bars of the District of Columbia (2006) and the State of California (1997), and certificates attesting to that fact are attached hereto.

5.  Mr. Hagen is familiar with the Local Rules of the Southern and Eastern Districts of New York as well as the Individual Practices of the Court.

*Lisa Ferri*
Lisa Ferri

Sworn to before me this
8th day of July, 2008

Notary Public

JOANNE ALNAJJAR
Notary Public, State of New York
No. 02AL6164964
Qualified in New York County
Commission Expires May 7, 2011

NYK 1168865-1.080322.0105

Lisa Ferri (LF-7531)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone:   212.547.5400
Facsimile:   212.547.5444
Email:   lferri@mwe.com

Eric W. Hagen (*pro hac vice* application pending)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone:   310.277.4110
Facsimile:   310.277.4730
Email:   ehagen@mwe.com

*Attorneys for Defendant/Counterclaim Plaintiff*

JIBJAB MEDIA INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PIXFUSION LLC,<br><br>            Plaintiff/Counterclaim Defendant,<br><br>      v.<br><br>JIBJAB MEDIA INC.,<br><br>            Defendant/Counterclaim Plaintiff. | Civil Action No.  1:08-cv-01202 (LBS) (AJP)<br><br>ECF CASE<br><br>**ORDER** |

Upon the motion of Lisa Ferri, attorney for defendant JibJab Media, Inc. and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED THAT**

        Applicant's Name:   Eric W. Hagen
        Firm Name:   McDermott Will & Emery LLP
        Address:   2049 Century Park East, Suite 3800
        City/State/Zip:   Los Angeles, California 90067

        Phone Number:    310.277.4110
        Fax Number:      310.277.4730
        Email:              ehagen@mwe.com

is admitted to practice pro hac vice as counsel for MDB in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the ECF system, counsel shall immediately apply for an ECF password. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July _____, 2008
New York, New York

                                                _____
                                                        USDJ/USMJ



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ERIC W. HAGEN

was on the  12TH  day of  MAY, 2006  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 23, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ERIC WILLIAM HAGEN, #192340 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Case 1:08-cv-01202-LBS   Document 7   Filed 07/08/2008   Page 10 of 11

## CERTIFICATE OF SERVICE

      Robert Candella, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 8th day of July, 2008, I served, by regular United States First Class mail, a true and correct copy of the accompanying Notice of Motion for Admission Pro Hac Vice upon the following:

**John Lloyd Dauer, Jr.**
**Marc Ari Lieberstein**
**T. David Bomzer**
Day Pitney, L.L.P. (Times Square)
Times Square Tower
7 Times Square
New York, NY 10036
(212) 297-5839
Fax: (212) 916-2940
Email: jdauer@daypitney.com

                                                     Robert Candella