Lisa Ferri (LF-7531)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone:    212.547.5400
Facsimile:     212.547.5444
Email:           lferri@mwe.com

Eric W. Hagen (*pro hac vice* application pending)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone:    310.277.4110
Facsimile:     310.277.4730
Email:           ehagen@mwe.com

*Attorneys for Defendant/Counterclaim Plaintiff*

JIBJAB MEDIA INC.

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-08**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PIXFUSION LLC,<br><br>      Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>JIBJAB MEDIA INC.,<br><br>      Defendant/Counterclaim Plaintiff. | Civil Action No. 1:08-cv-01202 (LBS) (AJP)<br><br>ECF CASE<br><br>**ORDER** |

Upon the motion of Lisa Ferri, attorney for defendant JibJab Media, Inc. and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED THAT**

      Applicant's Name:     Eric W. Hagen
      Firm Name:                 McDermott Will & Emery LLP
      Address:                      2049 Century Park East, Suite 3800
      City/State/Zip:            Los Angeles, California 90067

Phone Number:    310.277.4110
Fax Number:      310.277.4730
Email:           ehagen@mwe.com

is admitted to practice pro hac vice as counsel for MDB in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the ECF system, counsel shall immediately apply for an ECF password. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 22, 2008
New York, New York

_____
USDJ/~~USMJ~~