Marc A. Lieberstein (ML 7116)
John L. Dauer, Jr. (JD 1763)
T. David Bomzer (TB 7499)
DAY PITNEY LLP
7 Times Square
New York, NY 10036
(212) 297-5800

*Attorneys for Plaintiff/Counterclaim Defendant*
PIXFUSION LLC

Lisa Ferri (LF 7531)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
(212) 547-5400

Eric W. Hagen (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
(310) 277-4110

*Attorneys for Defendant/Counterclaim Plaintiff*
JIBJAB MEDIA INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIXFUSION LLC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> JIBJAB MEDIA INC., <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 1:08-cv-01202-LBS (AJP) <br><br> **STIPULATION OF DISMISSAL** <br><br> ECF CASE <br> ELECTRONICALLY FILED |

IT IS HEREBY STIPULATED by and between Plaintiff/Counterclaim Defendant PixFusion LLC ("PixFusion") and Defendant/Counterclaim Plaintiff JibJab Media Inc. ("JibJab"), by and through their respective counsel of record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as follows:

1. PixFusion and JibJab hereby dismiss with prejudice all of their claims in the above-captioned case.

2. Each party shall bear its own costs and attorneys' fees incurred in connection with the above-captioned case.

Respectfully submitted,

DAY PITNEY LLP

Dated: August 15, 2008        By: _____
                                  Marc A. Lieberstein
                                  John L. Dauer, Jr.
                                  T. David Bomzer

                                  *Attorneys for Plaintiff/Counterclaim Defendant*
                                  PIXFUSION LLC


McDERMOTT WILL & EMERY LLP

Dated: August 14, 2008        By: _____
                                  Eric W. Hagen
                                  Lisa M. Ferri

                                  *Attorneys for Defendant/Counterclaim Plaintiff*
                                  JIBJAB MEDIA INC.